STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Burnice Gerald Weeks
The Weeks Law Firm
1150 Expressway, Ste 205
Pineville LA 71360

**REHEARING ACTION: June 15, 2011**

**Docket Number: 10   01528-CA**

**EDWARD D. GUTIERREZ**
**VERSUS**
**DAVID M. BALDRIDGE, ET AL.**

**Appealed from Lafayette Parish Case No. 20091819 c/w, 20092962**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. James T. Genovese**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edward D. Gutierrez** has this day been

   **DENIED.**

cc: Cade Aaron Evans, Counsel for the Appellee
    John William Kolwe, Counsel for the Appellee
    Megan E. Donohue, Counsel for the Appellee